UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-14229-CIV-MARTINEZ/MAYNARD

EDWARD BETTENCOURT,

        Plaintiff,

v.

UNITED PARCEL SERVICE INC.,

        Defendant.

_____/

## JOINT DISCOVERY PLAN AND CONFERENCE REPORT

Plaintiff Edward Bettencourt and Defendant United Parcel Service, Inc. (Ohio), through their respective counsel of record, hereby submit the following Joint Scheduling Report pursuant to FED. R. CIV. P. 26(f), Southern District of Florida L.R. 16.1(b), and this Court's order of July 9, 2019 [DE 4].

    1.    **Likelihood of Settlement**: The parties believe settlement is unlikely at this time.

    2.    **Likelihood of Appearance of Additional Parties**: The parties do not anticipate the appearance of any additional parties.

    3.    **Proposed Limits on Time**: The parties' proposed scheduling order deadlines are set forth in the Court's Attachment "A", a copy of which is attached hereto as Exhibit 1.

    4.    **Formulation and Simplification of Issues**: The parties jointly agree to use their best efforts to simplify the issues, claims, and defenses.

    5.    **Necessity or Desirability of Amendments to the Pleadings**: The necessity or desirability of amendments to the pleadings is unknown at this time.

    6.    **Admissions of Fact and Documents/Avoiding Unnecessary Proof**: The parties jointly agree to use their best efforts to use admissions of fact and/or stipulations to avoid

unnecessary proof and the need for advance rulings from the Court on the admissibility of evidence.

7. **Avoidance of Unnecessary Proof and Cumulative Evidence**: The parties jointly agree to use their best efforts to identify issues that are not in dispute and use admissions of fact and/or stipulations to avoid unnecessary proof and the presentation of cumulative evidence.

8. **Advisability of Referring Matters to a Magistrate Judge or Master**: The parties have indicated their non-consent to Magistrate Judge jurisdiction over various matters on the Court's Attachment "D", a copy of which is attached hereto as Exhibit 2.

9. **Preliminary Estimate of Time Required for Trial**: The parties estimate trial of this matter will take 4-5 days.

10. **Requested Dates for Pretrial Conferences and Trial**: The parties' proposed deadlines for the Final Pretrial Conference and Trial are set forth in the Court's Attachment "A", a copy of which is attached as Exhibit 1. The parties do not anticipate a need for additional pretrial conferences at this time.

11. **Issues Regarding**:

   (i) Disclosure, Discovery, or Preservation of Electronically Stored Information: The parties expect to request and produce information from electronic or computer-based media. To the extent any responsive documents constitute Electronically Stored Information ("ESI"), within the meaning of Rule 34 of the Federal Rules of Civil Procedure, the parties will confer prior to production to determine the most efficient format in which to produce the documents.

   (ii) <u>Claims of Privilege or Protection as Trial-Preparation Materials</u>:

   The parties agree that if information produced in discovery is subject to a claim of privilege or of protection as trial-preparation material, the parties will follow the procedures set forth in Fed. R. Civ. P. 26(b)(5)(B)

12. **Jury/Non-Jury Trial**: Plaintiff has requested a trial by jury.

13. **Legal Elements of Claims & Defenses**: Plaintiff brings a single claim of age discrimination (discriminatory discharge) under the Age Discrimination in Employment Act ("ADEA"). To prevail on such a claim, Plaintiff must prove by a preponderance of evidence:

  (i) He was a UPS employee;
  (ii) He was at least 40 years old at the time of the events underlying this lawsuit;
  (iii) He was qualified to perform his job;
  (iv) He was subject to an adverse employment action;
  (v) UPS terminated him because of his age.

*See* Eleventh Circuit Civil Pattern Jury Instructions § 4.10; *Arafat v. Sch. Bd. of Broward County*, 549 F. App'x 872, 875 (11th Cir. 2013) (citing *Chapman v. AI Transp.*, 229 F.3d 1012, 1024 (11th Cir. 2000) (en banc)).

14. **Specific Dollar Valuation of Actual Damages and Relief at Issue**:

Plaintiff's estimated damages include lost earnings and economic damages of approximately $110,000 and reasonable non-economic damages to be determined by the trier of fact.

15. **Need for Variance From Usual Discovery Limitations**: At this time, the parties foresee no need to deviate from the Federal Rules of Civil Procedure and Local Rules' default limitations on the number and timing of written discovery requests, or the number, length, and other logistical rules governing depositions.

Respectfully submitted,

| | |
|---|---|
| Brian L. Lerner<br>blerner@kvllaw.com<br>Kim Vaughan Lerner LLP<br>One Financial Plaza<br>100 SE Third Avenue, Suite 2001<br>Fort Lauderdale, Florida 33394<br>Telephone:   (954) 527-1115<br>Facsimile:    (954) 527-1116 | Arnold S. Gaines<br>asg@gainesnolan.com<br>Florida Bar No. 0670928<br>Law Offices of Gaines and Nolan<br>2100 SE Hillmoor Drive, Suite 106<br>Port St. Lucie, FL 34952<br>Telephone:   (772) 200-4600<br>Facsimile:    (772) 200-4575 |
| And | **Attorney for Plaintiff** |

Justin Barbour (*pro hac vice*)
Texas State Bar No. 24055142
Dylan A. Farmer (*pro hac vice*)
Texas State Bar No. 24093417
Schmoyer Reinhard LLP
17806 IH 10 West, Suite 400
San Antonio, Texas 78257
Telephone:   (210) 447-8033
Facsimile:    (210) 447-8036

**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that, on October 18, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on all counsel or parties of record on the Service List below.

/s/ *Brian L. Lerner*

## SERVICE LIST

Brian L. Lerner
blerner@kvllaw.com
Kim Vaughan Lerner LLP
One Financial Plaza
100 SE Third Avenue, Suite 2001
Fort Lauderdale, Florida 33394
Telephone:  (954) 527-1115
Facsimile:  (954) 527-1116

And

Justin Barbour (pro hac vice filed)
Texas State Bar No. 24055142
Dylan A. Farmer (pro hac vice filed)
Texas State Bar No. 24093417
Schmoyer Reinhard LLP
17806 IH 10 West, Suite 400
San Antonio, Texas 78257
Telephone:  (210) 447-8033
Facsimile:  (210) 447-8036

**Attorneys for Defendants**

Via Transmission of Notices of Electronic Filing Generated by CM/ECF

Arnold S. Gaines
asg@asgaineslaw.com
asg@gainesnolan.com
Florida Bar No. 0670928
Law Offices of Gains and Nolan
2100 SE Hillmoor Drive, Suite 106
Port St. Lucie, FL 34952
Telephone:  (772) 200-4600
Facsimile:  (772) 200-4575

**Attorneys for Plaintiff**

Via Transmission of Notices of Electronic Filing Generated by CM/ECF