# Exhibit 1

**Pretrial Deadlines and Trial Date**

**DATE**
month/day/year

| Date | Deadline |
|---|---|
| 5/29/20 | Joinder of Additional Parties and motions for class certification. |
| 6/29/20 | Parties shall exchange expert witness summaries and reports. |
| 7/10/20 | Parties shall exchange written lists containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify. |
| 7/31/20 | Parties exchange rebuttal expert witness summaries and reports.  Note:  These provisions pertaining to expert witnesses do not apply to treating physicians, psychologists or other health providers (if a *Daubert* or *Markman* hearing may be necessary, the parties are to add that as an additional deadline at the bottom of Attachment A). |
| 8/14/20 | All discovery, including expert discovery, shall be completed. |
| 9/04/20 | A mediator must be selected. |
| 9/04/20 | All summary judgment, *Daubert*, and other dispositive motions must be filed.  A **minimum of eight (8) weeks** is required for the Court to review dispositive motions prior to filing of the joint pretrial stipulation.  **If no dispositive motions will be filed, clearly note this fact in the Joint Scheduling Report.** |
| 11/20/20 | Mediation shall be completed. |
| 12/11/20 | All Pretrial Motions and Memoranda of Law must be filed. |
| 12/21/20 | Joint Pretrial Stipulation must be filed. |
| 1/18/21 | Proposed jury instructions and/or proposed findings of fact and conclusions of law must be filed. |
| 1/22/21 | Deposition designations must be filed. |
| 1/25/21 | Beginning of Trial Period. |
| | Additional deadlines (please specify). |

[Attachment A]