# Exhibit 2

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division

Case Number: 19-14229-CIV-MARTINEZ-MAYNARD

EDWARD BETTENCOURT,

    Plaintiff,

vs.

UNITED PARCEL SERVICE INC.,

    Defendant.
_____/

### ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS

In accordance with the provisions of 28 U.S.C. §636(c), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

| # | Motion | Yes | No |
|---|---|---|---|
| 1. | Motions for Costs | _____ | __x__ |
| 2. | Motions for Attorney's Fees | _____ | __x__ |
| 3. | Motions for Sanctions | _____ | __x__ |
| 4. | Motions to Dismiss | _____ | __x__ |
| 5. | Motions for Summary Judgment | _____ | __x__ |
| 6. | Discovery | _____ | __x__ |
| 7. | Other (specify) _____ | | |

| Date | Signature |
|---|---|
| 10/18/19 | /s/ Arnold S. Gaines |
| (Date) | (Signature--Plaintiff's Counsel) |
| _____ | _____ |
| (Date) | (Signature--Plaintiff's Counsel) |
| 10/18/19 | /s/ Justin Barbour |
| (Date) | (Signature--Defendant's Counsel) |
| 10/18/19 | /s/ Brian L. Lerner |
| (Date) | (Signature--Defendant's Counsel) |

[Attachment D]